IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GERTEL PAUL-OVERALL,

        Plaintiff,

    v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

        Defendant.

No.    1:25-cv-14865

Hon. John J. Tharp, Jr.

Magistrate Judge Beth W. Jantz

## PLAINTIFF'S FED. R. CIV. P. 52
## MOTION FOR ENTRY OF JUDGMENT

Now come the Plaintiff, GERTEL PAUL-OVERALL, by her attorneys, and moves this Court for the entry of Judgment on the Record in her favor and against defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, on the ground that the preponderance of evidence favors the entry of judgment in her favor in this case for long-term disability benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, plaintiff concurrently submits Proposed Findings of Fact and a Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant and issue an order reinstating her benefit claim and directing payment of all past-due benefits, with interest paid thereon, and payment of all attorneys' fees and costs pursuant to ERISA § 502(g) (29 U.S.C. 1132(g).

DATED:  July 30, 2026

Respectfully submitted,

By:    *s/ William Reynolds*

**WILLIAM REYNOLDS LAW, LTD.**
33 North Dearborn Street, Suite 1000
Chicago, IL  60602
(630) 600-9921
bill@reynoldsand.com

*Attorney for Plaintiff Gertel Paul-Overall*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which sends notification of all filings upon all counsel of record.

Dated: July 30, 2026            /s/ *William T. Reynolds*
*Attorney for Plaintiff*

**WILLIAM REYNOLDS LAW, LTD.**
33 North Dearborn Street, Suite 1000
Chicago, IL 60602
(630) 600-9921
bill@reynoldsand.com